Case 3:10-cv-05372-RBL   Document 21   Filed 09/03/10   Page 1 of 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CECIL DUDGEON,<br><br>       Plaintiff,<br> v.<br><br>KELLY CUNNINGHAM, CAREY STURGEON, MELISSA SOHOLSTROM, and JOSEPH MITROVICH,<br><br>       Defendants. | No. C10-5372 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, Objections to the Report and Recommendation [Dkt. #20], and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion for a preliminary injunction (Dkt. 2) is **DENIED**; and

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 3rd day of September, 2010.

                */s/ Ronald B. Leighton*
                RONALD B. LEIGHTON
                UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1