1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CECIL DUDGEON,

                              Plaintiff,

        v.

KELLY CUNNINGHAM, CAREY
STURGEON, MELISSA SOHOLSTROM,
and JOSEPH MITROVICH,

                              Defendants.

No. C10-5372 RBL/KLS

**AMENDED ORDER ADOPTING
REPORT AND RECOMMENDATION**

        The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen

L. Strombom, Objections to the Report and Recommendation [Dkt. #20], and the remaining

record, does hereby find and ORDER:

        (1)    The Court adopts the Report and Recommendation;

        (2)    Plaintiff's motion for a preliminary injunction (Dkt. 2) is **DENIED**;

        (3)    Plaintiff's motion for leave to file a late reply brief (Dkt. 15) is **GRANTED**; and

        (4)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for
               Defendants and to the Hon. Karen L. Strombom.

        DATED this 17th day of September, 2010.

                                        _____
                                        RONALD B. LEIGHTON
                                        UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1