UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CECIL DUDGEON,<br><br>                     Plaintiff,<br><br>     v.<br><br>KELLY CUNNINGHAM, CAREY STURGEON, MELISSA SOHLSTROM, and JOSEPH MITROVICH,<br><br>                     Defendants. | No. C10-5372 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, [Dkt. # 51], and the remaining record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     Defendants' Motion for Summary Judgment (ECF No. 46) is **GRANTED**; Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

**DATED** this 8th day of September, 2011.

                                            Ronald B. Leighton
                                            United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1